# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00117-CR

**Saul Salinas, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF SAN SABA COUNTY, 424TH JUDICIAL DISTRICT
### NO. 5141, HONORABLE BILLY RAY STUBBLEFIELD, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Counsel for appellant Saul Salinas has filed a third motion for an extension of time to file his brief, asking for ninety days additional time to file the brief. We grant the motion, extending the deadline to October 21, 2014, but caution counsel that a failure to file the brief by that day will result in a show-cause hearing or referral to the trial court under rule 38.8. *See* Tex. R. App. P. 38.8(b)(4).

It is ordered on August 6, 2014

Before Justices Puryear, Pemberton, and Field

Do Not Publish